Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

08 APR 23 AM 8:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Katy P. GUERRERO

**vs**

Michael Chertoff, Secretary;
Jonathan Scharfen, Acting Director;
Paul Pierre, District Director;
Christina Poulos, Service Center
Director; Michael B. Mukasey,
Attorney General; Robert S. Mueller,
III, FBI Director

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0733 BTM NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jan Joseph Bejar, Esq.
Law Offices of Jan Joseph Bejar, APLC
2727 Camino del Rio South Suite 110
San Diego CA 92108

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 2 3 2008

_____W. Samuel Hamrick, Jr._____                    _____

CLERK    J. PARIS                                   DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)