Law Offices of
JAN JOSEPH BEJAR,
A Professional Law Corporation
2727 Camino del Rio South, Suite 110
San Diego, CA 92108
(619) 291-1112

Jan Joseph Bejar, Esq.
Cal. State Bar No. 110192

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katy P. GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary, Department of Homeland Security; et al.,<br><br>    Defendants. | Civil No. 008-CV-0733 BTM (NLS)<br><br>JOINT MOTION TO REMAND TO U.S. CITIZENSHIP & IMMIGRATION SERVICES<br><br>Alien No. A76 451 411 |

COME NOW THE PARTIES, Plaintiff Katy P. Guerrero, by and through her counsel, Jan Joseph Bejar, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Samuel Bettwy, Assistant United States Attorney, and hereby jointly move the Court to remand Plaintiff's Complaint to the United States Citizenship & Immigration Services ("USCIS").

Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about November 18, 2004. Plaintiff complains that Defendants have failed to process her application in a timely manner and requests that this Court order the adjudication of her application.

USCIS informs Plaintiff that it is prepared to adjudicate her application, but remand is required for the agency to adjudicate the naturalization application. See United States v. Hovsepian, 359 F.3d 1144, 1160-61 (9th Cir. 2004) (en banc).

In order that USCIS may adjudicate Plaintiff's application in the first instance, the parties now jointly request that the Court remand this matter to the agency for adjudication. In the event

that USCIS does not adjudicate Plaintiff's naturalization application within 30 days of the date of this Court's entry of an order of remand, Defendants do not oppose Plaintiff being granted 30 days leave to amend her Complaint before this Court.

Based upon the foregoing, it is respectfully requested that the Court enter an order remanding Plaintiff's Complaint to USCIS for adjudication of Plaintiff's naturalization application.

Dated: June 11, 2008
KAREN P. HEWITT
United States Attorney

s/ *SamuelW. Bettwy*
Assistant U.S. Attorney
Counsel for Defendants
Email: Samuel.Bettwy@usdoj.gov

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Samuel Bettwy, Assistant United States Attorney, to affix his electronic signature to this document.

Dated: June 11, 2008
Respectfully Submitted,

s/ Jan Joseph Bejar
Jan Joseph Bejar, Esq.
Counsel for Plaintiff
E-mail: JBejar@immigrationlawclinic.com