UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katy P. GUERRERO,<br><br>    Plaintiff,<br>v.<br><br>Michael Chertoff, Secretary, Department of Homeland Security; et al.,<br><br>    Defendants. | Civil No. 08-CV-0733 BTM (NLS)<br><br>ORDER GRANTING JOINT MOTION TO REMAND APPLICATION OF PLAINTIFF<br><br>Alien No. A76 451 411 |

Having considered the parties' Joint Motion to Remand Application of Plaintiff and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the application of the Plaintiff be remanded to Defendant United States Citizenship and Immigration Services ("USCIS") for adjudication.

The Court further GRANTS Plaintiff sixty days leave to amend her complaint upon Defendant's failure to adjudicate her application. In the event that Plaintiff files an Amended Complaint, the Clerk shall reopen the civil case.

**It is so ordered.**

DATED: June 24, 2008

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge